

July 3, 2017

**VIA ECF AND EMAIL**
Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

          Re:    *Lara Vargas v. Kalamoti Inc., et. al.*
                Civil Action No.: 16-cv-9151 (KPF)

Dear Honorable Judge Katherine Polk Failla:

       This office represents the Defendants, Kalamoti Inc. d/b/a Ridgeway Diner and John Vitelas. At the outset, our office would like to apologize for the untimely filing of this letter which occurred due to a calendaring error on our end. While Plaintiff's Counsel, as correctly pointed out in his letter, sent us a draft of his letter for our approval, he did so on June 30, 2016 after 3:00 p.m. at which point I was engaged in another Court conference. As a result, I did not have the opportunity to review Plaintiff's submissions prior to his filing of the same.

       Nevertheless, Defendants are in agreement with the statements made in Mr. Androphy's letter dated June 30, 2017. With respect to Defendants' trial witnesses, Defendants have now identified Dean Vitelas, a manager at Ridgeway Diner in all relevant time periods, as an additional witness. The parties will confer and discuss whether Plaintiff's Counsel still intends to preclude such witness from testifying at trial.

       We thank the Court for its time and consideration in this matter and we again apologize for our failure to timely comply with this Court's Order.

                                          Respectfully submitted,
                                          **PARDALIS & NOHAVICKA, LLP**

                                          _/s/Ariadne Panagopoulou_____
                                          Ariadne Panagopoulou
                                          *Counsel for Defendants*